Scott Alan Miller, Esq. (SBN 190587)
Sunjina K. Ahuja, Esq. (SBN 226130)
Devon Franza, Esq. (SBN 314314)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (442) 325-1637
E-Mail: smiller@dmalaw.com
  sahuja@dmalaw.com
  dfranza@dmalaw.com

*Attorneys for Plaintiff, AGENA BIOSCIENCE, INC.*

Jason E. Baker, Esq. (SBN 197666)
John J. Weber, Esq. (SBN 313824)
**KEEGAN & BAKER, LLP**
6255 Lusk Blvd. Suite 140
San Diego, CA 92121
Telephone: (858) 558-9402
Facsimile: (858) 558-9401
E-Mail: jbaker@keeganbaker.com
  jweber@keeganbaker.com

*Attorneys for Defendant, STONE CLINICAL LABORATORIES, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENA BIOSCIENCE, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>STONE CLINICAL LABORATORIES, LLC, a Louisiana Limited Liability Company.<br><br>Defendants | **Case No.: 19-cv-1924-L-AGS**<br>*(Related Case: 3:19-cv-02453-L-BGS)*<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Judge: M. James Lorenz<br>Magistrate: Andrew G. Schopler<br><br>*Complaint Filed October 2, 2019* |

1    Pursuant to Local Rule 7.2, AGENA BIOSCIENCE, INC. ("Agena"), and Defendant STONE CLINICAL LABORATORIES, LLC, a Louisiana Limited Liability Company ("Stone") submit this joint motion requesting that the Court dismiss the present action without prejudice. Agena and Stone also request that the Court appoint Magistrate Judge Andrew G. Schopler to retain jurisdiction through July 31, 2021 in order to enforce the terms of the Settlement Agreement and Mutual General Release ("Settlement Agreement") entered into by and between Agena and Stone as of March 12, 2020.

IT IS HEREBY AGREED by and between the parties to the action through their undersigned counsel that the above-captioned action may be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS HEREBY AGREED by and between the parties to this action through their undersigned counsel that the Court may appoint Magistrate Judge Andrew G. Schopler to retain jurisdiction through July 31, 2021, in order to enforce the terms of the Settlement Agreement.

The parties have entered into the Settlement Agreement, which includes provision for monthly payments by Stone to Agena, which payments are to be completed no later than June 30, 2021. If the conditions of the Settlement Agreement are not met, Agena has the right to file an application to reopen this matter and to have this Court enter the stipulated judgment described in the Settlement Agreement.

The Court is requested to appoint Magistrate Judge Andrew G. Schopler to retain jurisdiction through July 31, 2021 for purposes of enforcing the settlement terms, if necessary, under the authority of *Kokkonen v Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). See also, *K.C., ex rel. Erica C. Torlakson*, 762 F. 3d 963, 967 (9th Cir. 2014).

///
///
///
///

The parties stipulate to issuance of the Proposed Order emailed to the Court concurrently herewith.

Dated: March 24, 2020                    Respectfully submitted,
                                         **DILLON MILLER & AHUJA, LLP**

                                         */s/ Scott Miller*
                                         Scott Alan Miller, Esq.
                                         Sunjina K. Ahuja, Esq.
                                         Devon Franza, Esq.
                                         Attorneys for Plaintiff,
                                         AGENA BIOSCIENCE, INC.

Dated: March 24, 2020                    Respectfully submitted,
                                         **KEEGAN & BAKER, LLP**

                                         */s/ John J. Weber*
                                         Jason E. Baker, Esq.
                                         John J. Weber, Esq.
                                         Attorneys for Defendant,
                                         STONE CLINICAL LABORATIRES, LLC

## SIGNATURE CERTIFICATION

"Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John J. Weber, counsel for Defendant, Stone Clinical Laboratories and that I have obtained Mr. Weber's authorization to affix his electronic signature to this document.

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California, am over the age of 18 and not a party to the within action. My business address is DILLON MILLER & AHUJA, LLP, 5872 Owens Avenue, Suite 200, Carlsbad, CA 92008. I am readily familiar with the film's practice of collection and processing of correspondence for mailing.

On March 24, 2020, I caused to be served the following documents described as:

**BY US MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business.

X   **(BY ELECTRONIC FILING)** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

**Jason E Baker**:jbaker@keeganbaker.com,ysamaniego@keeganbaker.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Dated: March 24, 2020, at Carlsbad, California.

*Darlene Chaves*
Darlene Chaves

-3-                                    CASE NO.: 19-CV-1924-L-AGS
JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT